UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AMERICAN BLIND AND WALLPAPER
FACTORY, INC. d/b/a
DECORATETODAY.COM, INC., a Delaware
corporation,

        Plaintiff,           Case No. 06-10279

v.

                              Honorable Nancy G. Edmunds

AMERICAN SHUTTER COMPANY d/b/a
AMERICANWHOLESALEBLINDS.COM,

        Defendant.

---

Kenneth A. Flaska (P28605)
David A. Mollicone (P59407)
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700
Attorneys for Plaintiff

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to FRCP 41, whereas no responsive pleadings or papers have been served by the defendant, Plaintiff hereby voluntarily dismisses this action against Defendant without prejudice to its right to renew this action.

                        DAWDA, MANN, MULCAHY & SADLER, PLC

                        By: <u>s/David A. Mollicone</u>
                              Kenneth A. Flaska (P28605)
                              David A. Mollicone (P59407)
                              39533 Woodward Avenue, Suite 200
                              Bloomfield Hills, Michigan 48304
                              (248) 642-3700
                              Attorneys for Plaintiff

DATED: August 10, 2006